Tiffany L. Gray (SB# 253004)
STEPHEN P. COLLETTE & ASSOCIATES
811 Wilshire Blvd., Suite 1200
Los Angeles, CA 90017
Telephone:  (213) 542-8272
Facsimile: (562) 684-4531

Attorneys for Plaintiff LESLI BURCH

IN THE UNTIED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| LESLI BURCH, an Individual; | ) CASE NO.: CV 09 4214 MEJ |
|---|---|
| Plaintiff, | ) **COMPLAINT FOR:** |
| vs. | ) |
| | ) **(1) RESCISSION PURSUANT** |
| GMAC MORTGAGE, LLC, a Delaware | ) **TO THE FEDERAL TRUTH IN** |
| Limited Liability Company; PAUL | ) **LENDING ACT [15 U.S.C. §** |
| FINANCIAL, LLC, a Delaware Limited | ) **1601 AND REGULATION Z, 12** |
| Liability Company; and DOES 1 | ) **C.F.R. §226]; and,** |
| through 10, inclusive, | ) |
| | ) **(1) UNLAWFUL AND UNFAIR** |
| Defendants. | ) **BUSINESS PRACTICES [CAL** |
| | ) **BUS. AND PROF. CODE** |
| | ) **§17200].** |

Plaintiff LESLI BURCH alleges as follows:

**I.    PARTIES**

1

**COMPLAINT FOR RESCISSION AND UNFAIR BUSINESS PRACTICES.**

1. Plaintiff LESLI BURCH (hereinafter "Plaintiff" and/or "Ms. Burch") is, and at all times relevant hereto was, an individual residing in Marin County in the State of California.

2. Plaintiff is informed and believes, and on that basis alleges, that Defendant GMAC MORTGAGE, LLC (hereinafter "GMAC") is, and at all times relevant hereto was, a Corporation organized and existing under the laws of the State of Delaware and licensed to do business in the State of California.

3. Plaintiff is informed and believes, and on that basis alleges, that Defendant PAUL FINANCIAL, LLC (hereinafter "Paul Financial") is, and at all times relevant hereto was, a Limited Liability Company organized and existing under the laws of the State of Delaware and licensed to do business in the State of California.

4. Plaintiff is ignorant of the true names and capacities of the defendants sued herein as Does 1-10, inclusive, and therefore sue these defendants by these fictitious names. Plaintiff will amend this Complaint to state the true names and capacities of these Doe defendants once ascertained. Plaintiff is informed and believes, and on that basis allege, that each of the fictitiously named defendants is in some manner responsible for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by said Doe defendants' conduct.

## II. BACKGROUND FACTS

5. On June 1, 2007, Lesli Burch entered into a closed-end consumer credit transaction wherein she refinanced the loan on her principal residence located at 1401 Los Gamos Drive, San Rafael, California 94903 with Defendant

Paul Financial.

6. The First Trust Deed in the amount of $487,500.00 provides for an initial interest rate of 7.125% per annum. However, this "teaser" rate exists for only five years. After five years (August, 2010) the interest rate changes to amount calculated by adding 2.75% to the LIBOR Index. This interest rate then continues to adjust every six months based on the movements of the LIBOR. However, consumers like Plaintiff are often unaware of the initial interest rate and the changes to that rate because their initial monthly payments are much lower than those that would be required by the interest rates they are actually being charged. Instead of making payments based on the interest rate of 7.125%, Plaintiff's initial monthly payments are just $101.56. This payment is based on an interest rate of just 0.25%. However, the unpaid interest every month causes the principal amount of the loan to increase each month. The complicated and confusing nature of the loan allows it to be marketed based on the extremely low payments while concealing the actual cost of the loan. For this reason, most consumers (including Plaintiff) are unaware or do not fully understand the true cost of the loan or the dramatic effect on their principle balance. Ms. Burch is a victim of this misleading business practice.

7. Other misleading business practices were used to coerce Plaintiff into this loan. Ms. Burch, a single mother, was initially interested in refinancing her property in order to, *inter alia*, help pay for her children's college education. In or about May, 2007, Plaintiff was contacted by telephone regarding a possible refinance of her principle residence. The mortgage broker, an agent of Defendant Paul Financial, told Plaintiff that he could get her a loan with a low interest rate and a very low monthly payment. According to the phone solicitation, Plaintiff

**COMPLAINT FOR RESCISSION AND UNFAIR BUSINESS PRACTICES.**

could continue to make a payment of just $101.56 for five years without consequence. After that time, Plaintiff would simply refinance into another low interest loan. At no time was Plaintiff informed that the loan could recast prior to that five year period and cause Plaintiff's payments to nearly double. Pay Option ARM or Negatively Amortized loans put borrowers at a higher risk of default because when only the minimum payment is made, interest is deferred, the principal balance increases and equity in the home is lost.

8. The Uniform Loan Application provides further evidence of Defendants' intent to mislead Plaintiff. The Loan Application lists the interest rate as 0.25% for 360 months. But, as described above, this is not the case. A true and correct copy of the misleading loan application is attached hereto as Exhibit "A." Thus, from the moment the application process began, Plaintiff was being sold on a loan with an interest rate of 0.25%. But this interest rate never existed. Instead, it was simply a measure to establish the minimum payment requirements under the loan.

9. There also exists significant Truth in Lending violations arising from the above-referenced loan. Ms. Burch was not provided with a copy of the Notice of Right to Cancel. These violations entitle Lesli Burch to rescind this transaction and require the lender to return all monies paid during the life of the loan.

10. Under the Truth In Lending Act, loans of this nature must conspicuously disclose Negative Amortization features in the Truth In Lending Act Disclosure Statement. The Statement provided to Plaintiff reveals that the loan contains a variable rate feature, but makes no mention of the fact that the loan will Negatively Amortize. Attached hereto as Exhibit "B" is a true and correct copy of the Truth In Lending Disclosure Statement. In addition, other disclosures in the

**COMPLAINT FOR RESCISSION AND UNFAIR BUSINESS PRACTICES.**

loan documentation make it unclear that Negative Amortization will occur. Further, the Note only indicates that the Interest Rate *has the possibility* of increasing from the Teaser Rate, when in fact it is assured that this rate will increase. By inserting uncertainty into the language and disclosures of the loan, it was all but guaranteed that Plaintiff would not understand the mechanics of the rate increases nor the fact that her principal balance would increase. Mortgage loans with Negative Amortization or Pay Option ARM features are designed to allow lenders and mortgage brokers to deceive consumers and often results in consumers being placed in loans they cannot afford.

11. Defendant GMAC subsequently purchased Plaintiff's loan and began servicing the loan for Plaintiff. Defendant GMAC purchased the Ms. Burch's loan with the above-referenced disclosure violations evident on the face of the documents and with full knowledge that the loan being purchased was a Negative Amortization loan, the type of loan Ms. Burch could not afford when the loan goes into "recast."

12. On August 19, 2009, Plaintiff, by and through her counsel, rescinded the transaction by sending a letter to Defendant GMAC, U.S. Mail, postage prepaid, certified mail, informing it of her election to rescind the loan. A true and correct copy of the rescission letter is attached hereto as Exhibit "C".

13. Plaintiff now brings this action to rescind this loan pursuant to her rights under the Federal Truth in Lending Act and to address the misleading and unfair business practices of Defendants.

///
///

## III. CLAIMS

### FIRST CAUSE OF ACTION

### (Rescission – By Plaintiff Against All Defendants)

14. Plaintiff realleges and incorporates each allegation of paragraphs 1 through 13 above, as though fully set forth herein.

15. This consumer credit transaction was subject to the Plaintiff's right of rescission as described by 15 U.S.C. § 1635 and Regulation Z § 226.23 (12 C.F.R. § 226.23).

16. In the course of this consumer credit transaction, Defendant Paul Financial violated 15 U.S.C. § 1635(a) and Regulation Z § 226.23(b) by failing to deliver two copies of a notice of the right to rescind that: (a) Identified the transaction; (b) Clearly and conspicuously disclosed the security interest in the Plaintiff's home; (c) Clearly and conspicuously disclosed the Plaintiff's right to rescind the transaction; (d) Clearly and conspicuously disclosed how to exercise the right to rescind the transaction, with a form for that purpose, designating the address of the Defendant Paul Financial's place of business; (e) Clearly and conspicuously disclosed the effects of rescission; and, (f) Clearly and conspicuously disclosed the date the rescission period expired.

17. Defendant Paul Financial placed Plaintiff in a Negatively Amortized loan knowing that it was unclear that loan had a negatively amortizing feature. If a loan's annual percentage rate has the possibility of increasing from it's initial rate and the loan is for a term of more than one year, then the Truth In Lending Disclosure Statement must include specific explanations of changes in outstanding balance and negative amortization. (12 C.F.R. § 226.19, and *Federal Reserve Board Official Staff Commentary*, [Regulation Z; Docket No. R-0863] Monday,

April 3, 1995). In other words, the loan documentation for a negatively amortized loan must disclose this feature and the fact that if the borrower makes only the minimum payment that unpaid interest will be added to the balance. These disclosures are not present in Plaintiff's Truth In Lending Disclosure Statement. Therefore, in violation of the Truth in Lending Act, 12 C.F.R. § 226.19, Defendants put Plaintiff in a loan on her principal dwelling for a term of 30 years where the annual percentage rate was guaranteed to increase and failed to adequately disclose its negative amortization feature and the fact that there could be changes to the outstanding balance.

18. These violations were apparent on the face of the documentation and Defendant GMAC bought and serviced the loan with full knowledge of the violations.

19. By reason of the aforesaid violations of the Truth in Lending Act and Regulation Z, Plaintiff is entitled to rescind the consumer credit transaction and receive a tender of amounts paid pursuant to the consumer credit transactions as damages. Pursuant to 15 U.S.C 1635(b) and Reg. Z §§226.15(d)(3), after Defendant GMAC has tendered its proceeds and taken action to reflect that its interest in the security has been eliminated, Plaintiff will tender her proceeds (and has the ability to do so) given to her by Defendant GMAC in accordance with applicable statutes and case law.

## SECOND CAUSE OF ACTION

### Unlawful And Unfair Business Practices In Violation Of
### Cal Bus. And Prof. Code § 17200 – By Plaintiff Against All Defendants)

20. Plaintiff realleges and incorporates each allegation of paragraphs 1 through 19 above, as though fully set forth herein.

21. Defendant Paul Financial advertised its loans as low interest loans with the intent to mislead Ms. Burch and other consumers. Defendant GMAC was aware that the loans which they were purchasing and servicing contained a misleading clause designed to mislead Ms. Burch and other consumers, and that Defendant Paul Financial was misleading such consumers.

22. As noted above, Defendant Paul Financial placed Plaintiff in a Negatively Amortized loan knowing that it was unclear that loan had a negatively amortizing feature. This was a clear violation of the Truth In Lending Act which requires the Truth In Lending Disclosure Statement to plainly disclose that a loan may negatively amortize. (12 C.F.R. § 226.19 and *Federal Reserve Board Official Staff Commentary*, [Regulation Z; Docket No. R-0863] Monday, April 3, 1995).

23. Moreover, Defendant Paul Financial failed to provide two correct and complete copies of the Notice of Right to Cancel in violation of 15 U.S.C. § 1635(a) and Regulation Z § 226.23(b).

24. These violations were apparent on the face of the documentation and Defendant GMAC purchased and serviced the loan with full knowledge of the violations.

25. Therefore, by the fraudulent, deceptive, unfair, and other wrongful conduct as herein alleged, said Defendants have violated California Business and Professions Code § 17200 et seq. by consummating an unlawful, unfair, and fraudulent business practice, designed to deprive Plaintiff of money and/or property.

26. Plaintiff has suffered injury and damages and has lost income and/or property as a result of Defendant's unfair and unlawful practices in violation of California Business & Professions Code § 17200.

**COMPLAINT FOR RESCISSION AND UNFAIR BUSINESS PRACTICES.**

27. As a proximate result of Defendant's violation of the aforementioned statute, an injunction prohibiting Defendants from engaging in the unlawful business practices described above. In addition, Plaintiff seeks an order for disgorgement/restitution of all funds unlawfully obtained or that will be unlawfully obtained from Plaintiff over the life of the loan as a result of this misleading business practice.

## IV. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them (to the extent applicable), as follows:

1. For rescission of the consumer credit transaction;

2. For injunctive relief to stop the unlawful business practice described above;

3. For disgorgement/restitution of all monies unlawfully obtained from Plaintiff pursuant to Cal. Bus & Prof Code §17203;

4. For attorney's fees pursuant to the 15 U.S.C. § 1640; or as allowed by law and/or contract;

5. For statutory damages based on Defendants' failure to respond properly to Plaintiff's recession notice;

///
///
///
///
///
///

**COMPLAINT FOR RESCISSION AND UNFAIR BUSINESS PRACTICES.**

6. For costs of suit herein incurred; and,

7. For such other and further relief as the Court may deem proper.

Respectfully submitted,

DATED: August 2○ 2009.        STEPHEN P. COLLETTE & ASSOCIATES

By: _____
TIFFANY L. GRAY
Attorneys for Plaintiff LESLI
BURCH

**COMPLAINT FOR RESCISSION AND UNFAIR BUSINESS PRACTICES.**

# EXHIBIT "A"

# All California Mortgage, Inc.
## Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the Borrower (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.
If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below).

Borrower | Co-Borrower

### I. TYPE OF MORTGAGE AND TERMS OF LOAN

Mortgage Applied for: ☐ VA  ☒ Conventional  ☐ Other (explain):  ☐ FHA  ☐ USDA/Rural Housing Service

Agency Case Number: 
Lender Case Number: 

| Amount | Interest Rate | No. of Months | Amortization Type: | |
|---|---|---|---|---|
| $ 520,000.00 | 0.250 % | 360 | ☐ Fixed Rate ☐ GPM ☒ ARM (type): 5/6 Option Equity Advantage | ☐ Other (explain): |

### II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state, & ZIP): 174 Pizarro Ave., Novato, CA 94949 County: MARIN
No. of Units: 

Legal Description of Subject Property (attach description if necessary): See Preliminary Title Report
Year Built: 

Purpose of Loan: ☐ Purchase  ☐ Construction  ☐ Other (explain):  ☒ Refinance  ☐ Construction-Permanent

Property will be: ☒ Primary Residence  ☐ Secondary Residence  ☐ Investment

Complete this line if construction or construction-permanent loan.
| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a+b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.
| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
|---|---|---|---|---|
| 2004 | $ 604,000.00 | $ 410,722.00 | Cash-Out Other | Cost $ |

Title will be held in what Name(s): Lesli Burch
Manner in which Title will be held: Single woman
Estate will be held in: ☒ Fee Simple  ☐ Leasehold (show expiration date)

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain): EquityOnSubjectProperty

### III. BORROWER INFORMATION

Borrower | Co-Borrower

Borrower's Name (include Jr. or Sr. if applicable): Lesli Burch
Co-Borrower's Name (include Jr. or Sr. if applicable):

| Social Security Number | Home Phone (incl. area code) | DOB (MM/DD/YYYY) | Yrs. School | Social Security Number | Home Phone (incl. area code) | DOB (MM/DD/YYYY) | Yrs. School |
|---|---|---|---|---|---|---|---|
| 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 | 415-884-2575 | 03/15/1955 | | | | | |

☐ Married  ☒ Unmarried (include single, divorced, widowed)  ☐ Separated
Dependents (not listed by Co-Borrower) no. ages

☐ Married  ☐ Unmarried (include single, divorced, widowed)  ☐ Separated
Dependents (not listed by Borrower) no. ages

Present Address (street, city, state, ZIP) ☒ Own ☐ Rent  No. Yrs. 3Y6M
174 Pizarro Ave.
Novato, CA 94949

Present Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs.

Mailing Address, if different from Present Address:
174 Pizarro Ave.
Novato, CA 94949

Mailing Address, if different from Present Address:

If residing at present address for less than two years, complete the following:
Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs.
Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs.

### IV. EMPLOYMENT INFORMATION

Borrower | Co-Borrower

| Name & Address of Employer | ☐ Self Employed | Yrs. on this job 1Y | Name & Address of Employer | ☐ Self Employed | Yrs. on this job |
|---|---|---|---|---|---|
| Kaiser Permanente—Home Health 1761 Broadway Vallejo, CA 94591 | | Yrs. employed in this line of work/profession 30 | | | Yrs. employed in this line of work/profession |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|
| Home Health Care Nurse | 707-645-2720 | | |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name & Address of Employer | ☐ Self Employed | Dates (from-to) | Name & Address of Employer | ☐ Self Employed | Dates (from-to) |
|---|---|---|---|---|---|
| Hospice of Marin 17 E Sir Francis Drake Blvd Larkspur, CA 94939 | | Monthly Income $ | | | Monthly Income $ |

| Position/Title/Type of Business | Business Phone (incl. area code) 415-927-2273 | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

| Name & Address of Employer | ☐ Self Employed | Dates (from-to) | Name & Address of Employer | ☐ Self Employed | Dates (from-to) |
|---|---|---|---|---|---|
| | | Monthly Income $ | | | Monthly Income $ |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

Freddie Mac 65 07/05     Page 1 of 4     Fannie Mae Form 1003 07/05

1003 Page 1 06/05 – Encompass™ from Ellie Mae ~ www.elliemae.com



All California Mortgage, Inc.

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ | $ | $ | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | 1,673.00 | $ 108.33 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | 100.00 | 100.00 |
| Dividends/Interest | | | | Real Estate Taxes | 761.19 | 761.19 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | |
| | | | | Other: | | |
| Total | $ | $ | $ | Total | $ 2,534.19 | $ 969.52 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Described Other Income Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed about that spouse or other person also. Completed ☒ Jointly ☐ Not Jointly

| ASSETS Description | Cash or Market Value | LIABILITIES Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | | | |
| List checking and savings accounts below | | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union WELLS FARGO FAX VOD 900-289-3557 P.O. BOX 5315 PORTLAND, OR 97228 | | WASHINGTON MUTUAL FA 9451 CORBIN AVENUE NORTHRIDGE, CA 91328 Acct. no. 1560082239708 | *1,673.00 | *410,722.00 |
| Acct. no. 0264510678 | $ 3,000.00 | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union WELLS FARGO FAX VOD 900-289-3557 P.O. BOX 5315 PORTLAND, OR 97228 | | AMEX P.O. BOX 297871 FORT LAUDERDALE, FL 33329-7871 Acct. no. -35069046001030 | 0.00 | 1,406.00 |
| Acct. no. 2632637279 | $ 80,000.00 | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union WELLS FARGO FAX VOD 900-289-3557 P.O. BOX 5315 PORTLAND, OR 97228 | | WELLS FARGO BANK 3300 W SAHARA AVE LAS VEGAS, NV 89102 Acct. no. 414471603 | 46.00 | 1,317.00 |
| Acct. no. 5161674527 | $ 700.00 | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union WELLS FARGO FAX VOD 900-289-3557 P.O. BOX 5315 PORTLAND, OR 97228 | | Acct. no. | | |
| Acct. no. 2805845414 | 25.00 | Name and address of Company | $ Payment/Months | $ |
| Stocks & Bonds (Company name/number & description) | $ | Acct. no. Name and address of Company | $ Payment/Months | $ |
| Life insurance net cash value Face amount: $ | $ | | | |
| Subtotal Liquid Assets | $ 186,725.00 | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ 800,000.00 | Acct. no. Name and address of Company | $ Payment/Months | $ |
| Vested interest in retirement fund | $ | | | |
| Net worth of business(es) owned (attach financial statement) | $ | | | |
| Automobiles owned (make and year) | $ | Acct. no. Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | $ | Job-Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ 46.00 | |
| Total Assets a. | $ 986,725.00 | Net Worth (a minus b) $ 573,278.00 | Total Liabilities b. | $ 413,447.00 |

Freddie Mac 65 07/05
Lesli Burch
1003 Page 2 08/05 - Encompass™ from Ellie Mae - www.elliemae.com

Page 2 of 4

Fannie Mae Form 1003 07/05

All California Mortgage, Inc.

## VI. ASSETS AND LIABILITIES (cont.)

Schedule of Real Estate Owned (if additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 174 Pizarro Ave. Novato, CA 94949 | SFR | $ 800,000.00 | $ 410,722.00 | $ | $ 1,873.00 | $ 861.19 | $ |
| | | | | | | | |
| | | | | | | | |
| | Totals | $ 800,000.00 | $ 410,722.00 | $ | $ 1,873.00 | $ 861.19 | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

Alternate Name    Creditor Name    Account Number

## VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a. Purchase Price | $ |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d. Refinance (incl. debts to be paid off) | 410,722.00 |
| e. Estimated prepaid items | 108.33 |
| f. Estimated closing costs | 3,047.00 |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | |
| i. Total costs (add items a through h) | 413,877.33 |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits (explain) | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 520,000.00 |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | 520,000.00 |
| p. Cash from / to Borrower (subtract j, k, l & o from i) | -106,122.67 |

## VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower Yes / No | Co-Borrower Yes / No |
|---|---|---|
| a. Are there any outstanding judgments against you? | ☐ ☒ | ☐ ☐ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ ☒ | ☐ ☐ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ ☒ | ☐ ☐ |
| d. Are you a party to a lawsuit? | ☐ ☒ | ☐ ☐ |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | ☐ ☒ | ☐ ☐ |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond or loan guarantee? If "Yes," give details as described in the preceding question. | ☐ ☒ | ☐ ☐ |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ ☒ | ☐ ☐ |
| h. Is any part of the down payment borrowed? | ☐ ☒ | ☐ ☐ |
| i. Are you a co-maker or endorser on a note? | ☐ ☒ | ☐ ☐ |
| j. Are you a U.S. citizen? | ☒ ☐ | ☐ ☐ |
| k. Are you a permanent resident alien? | ☐ ☒ | ☐ ☐ |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ☒ ☐ | ☐ ☐ |
| m. Have you had an ownership interest in a property in the last three years? | ☒ ☐ | ☐ ☐ |
| (1) What type of property did you own – principal residence (PR), second home (SH), or investment property (IP)? | PR | |
| (2) How did you hold title to the home – solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | S | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges, that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

Acknowledgement: Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate business purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature X _signature_ | Date 5-7-07 | Co-Borrower's Signature X | Date |
|---|---|---|---|

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☒ I do not wish to furnish this information. | | CO-BORROWER | ☐ I do not wish to furnish this information. | |
|---|---|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino | ☐ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino | ☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska native | ☐ Asian  ☐ Black or African American | Race: | ☐ American Indian or Alaska native | ☐ Asian  ☐ Black or African American |
| | ☐ Native Hawaiian or Other Pacific Islander | ☐ White | | ☐ Native Hawaiian or Other Pacific Islander | ☐ White |
| Sex: | ☒ Female | ☐ Male | Sex: | ☐ Female | ☐ Male |

| To be Completed by Interviewer | Interviewer's Name (print or type) Jesse Turnquist | | Name and Address of Interviewer's Employer All California Mortgage, Inc. |
|---|---|---|---|
| This application was taken by: | Interviewer's Signature | Date | 17 E. Sir Francis Drake Blvd., #200 |
| ☐ Face-to-face interview | | | Larkspur, CA 94939 |
| ☐ Mail | | | (P) 415-925-5225 |
| ☒ Telephone | Interviewer's Phone Number (incl. area code) 415-464-6220 | | (F) 415-925-5244 |
| ☐ Internet | | | |

Freddie Mac 65 07/05                    Page 3 of 4                    Fannie Mae Form 1003 07/05

Lesli Burch

1003 Page 3 05/05 – Encompass™ from Ellie Mae – www.elliemae.com

# All California Mortgage, Inc.

## Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. | Borrower: Leali Burch | Agency Case Number: |
|---|---|---|
| | Co-Borrower: | Lender Case Number: |

### VI. ASSETS AND LIABILITIES

| Assets | Cash or Market Value | Liabilities | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Name and address of Bank, S&L, or Credit Union<br>WELLS FARGO<br>FAX VOD 900-289-3557<br>P.O. BOX 5315<br>PORTLAND, OR 97228 | | Name and address of Company | $ Payment/Months | $ |
| Acct. No. 00000030825252 | $ 80,000.00 | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union<br>WELLS FARGO<br>FAX VOD 900-289-3557<br>P.O. BOX 5315<br>PORTLAND, OR 97228 | | Name and address of Company | $ Payment/Months | $ |
| Acct. No. 00000019087644 | $ 19,000.00 | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union<br>WELLS FARGO<br>FAX VOD 900-289-3557<br>P.O. BOX 5315<br>PORTLAND, OR 97228 | | Name and address of Company | $ Payment/Months | $ |
| Acct. No. 00000030825250 | $ 4,000.00 | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payment/Months | $ |
| Acct. No. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payment/Months | $ |
| Acct. No. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payment/Months | $ |
| Acct. No. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payment/Months | $ |
| Acct. No. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payment/Months | $ |
| Acct. No. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payment/Months | $ |
| Acct. No. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payment/Months | $ |
| Acct. No. | $ | Acct. No. | | |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: X | Date 5-7-07 | Co-Borrower's Signature: X | Date |
|---|---|---|---|

# EXHIBIT "B"

☐ INITIAL   ☒ FINAL

# FEDERAL TRUTH-IN-LENDING DISCLOSURE

Creditor   Paul Financial, LLC
1401 Los Gamos Drive
San Rafael, CA 94903

Borrower(s)   Lesli Burch

Loan No.   0000583094
Processor
Date of Disclosure   06/01/2007
Est. Settlement Date (Date of Closing)   06/08/2007

Mailing Address   174 Pizarro Avenue
Novato, CA 94949

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | AMOUNT FINANCED<br>The amount of credit provided to you or on your behalf. | TOTAL OF PAYMENTS<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.796 % | $ 1,196,492.93 | $ 483,364.18 | $ 1,679,857.11 |

Your MONTHLY PAYMENT SCHEDULE will be:

| # Payments | $ Payment | Beginning On |
|---|---|---|
| 60 | $101.56 | 8/1/2007 |
| 60 | $4,659.07 | 8/1/2012 |
| 239 | $5,809.27 | 8/1/2017 |
| 1 | $5,803.77 | 7/1/2037 |

* Private Mortgage Insurance (PMI) premiums, if shown, are included in the amount of the periodic payments.

☐ REQUIRED DEPOSIT: The annual percentage rate does not take into account any required deposit.
☐ DEMAND FEATURE: This obligation has a demand feature.
☒ VARIABLE RATE MORTGAGE. Variable Rate Mortgage Program disclosures have been provided earlier which discuss this and other variable rate features of your loan.

☒ ASSUMPTION: Someone buying your property
  ☐ may, subject to conditions   ☒ cannot   assume the remainder of your loan on the original terms.
PROPERTY INSURANCE: Property insurance is required in this transaction. You may obtain such insurance from anyone that is acceptable to the creditor. If you purchase from the creditor you will pay _____ for a _____ month term.
SECURITY: You are giving a security interest in:
  ☐ The goods or property being purchased
  ☒ Real property you own located at 174 Pizarro Avenue, Novato, CA, 94949
  ☐ Other Collateral
  Collateral securing other loans with us (or an assignee) may also secure this loan.

FILING FEES AND TAXES: $
LATE CHARGE: If a payment is 15 days late, you will be charged 6.000 % of Principal and Interest Payment
PREPAYMENT: If you pay off early, you
  ☐ may   ☒ will not   have to pay a penalty.
  ☐ may   ☒ will not   be entitled to a refund of part of the finance charge.

See your actual contract documents for any additional information about nonpayment, default, or any required repayment in full before the scheduled date as well as prepayment refunds and penalties.

☐ All dates and numerical disclosures, except the late payment disclosure, are ESTIMATES.

Borrower(s) understand that delivery of this disclosure is not a commitment by the creditor to make this loan, and that signing this disclosure does not obligate Borrower(s) to accept the loan.

Borrower   Lesli Burch   _____ / Date

Borrower   _____ / Date

Borrower   _____ / Date

Borrower   _____ / Date

Copyright Gallagher Financial Systems, 2002.   GFS Form 0029 (0C28)

# EXHIBIT "C"



# STEPHEN P. COLLETTE & ASSOCIATES
## LAW FIRM

August 19, 2009

**CERTIFIED MAIL/
RETURN RECEIPT REQUESTED**

GMAC Mortgage
P.O. Box 4622
Waterloo, IA 50704-4622

**CERTIFIED MAIL/
RETURN RECEIPT REQUESTED**

GMAC Mortgage
3451 Hammond Avenue
P.O. Box 780
Waterloo, IA 50704-0780

**RE:** *GMAC Loan No.: 0359515849*
*Property Address: 174 Pizarro Avenue, Novato CA 94949*
*Borrower: Lesli Burch*

Dear Sir or Madam:

By this official notice, Lesli Burch informs you of her election to rescind the above-referenced loan.

On June 1, 2007, Ms. Burch entered into the above-referenced loan transaction. Our review of the available documents indicates that there exists significant Truth in Lending violations arising from the above-referenced loan. No Notice of Right to Cancel was provided to our client.

For this reason, our client's right to cancel extends for three years. *See* 15 U.S.C. 1635(f); *Semar v. Platte Valley Federal Savings & Loan Association* (9th Cir. 1986) 791 F.2d 699. Therefore, Ms. Burch hereby exercises her rescission rights pursuant to the Federal Truth in Lending Act, Regulation Z §226.23. Therefore, this notice is timely given.

In addition, our client reserves her right to raise different or alternative grounds for rescission under state or federal law.

# STEPHEN P. COLLETTE & ASSOCIATES
## LAW FIRM

Please contact me to make arrangements to fulfill your tender obligations.

Sincerely,

*[signature]*

Stephen P. Collette

SPC/TLG

811 Wilshire Boulevard, Suite 1200, Los Angeles, California 90017
Tel. (213) 542.8272   Fax. (562) 684.4531