Stephen P. Collette (SBN 186439)
Stephen P. Collette & Associates
811 Wilshire Blvd., Suite 1200
Los Angeles, CA 90017
Telephone: (877) 636-5295
Facsimile: (562) 684-4531
E-mail: Stephen_Collette@hotmail.com

Attorney for Plaintiff LESLI BURCH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLI BURCH, an Individual; | CASE NO.: CV 09-4214 MEJ |
| Plaintiff, | [Assigned for all Purposes to Hon. Maria-Elena James] |
| vs. | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| GMAC MORTGAGE, LLC, a Delaware Limited Liability Company; PAUL FINANCIAL, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff LESLI BURCH, hereby gives notice that Stephen P. Collette of Stephen P.

////

////

////

////

////

////

1
**NOTICE OF SUBSTITUTION OF COUNSEL**

Collette & Associates is being substituted as attorney, replacing Tiffany L. Gray of Stephen P. Collette & Associates.

                                      Respectfully submitted,

DATED: November 27, 2009        STEPHEN P. COLLETTE & ASSOCIATES

| /s/ Tiffany L. Gray | /s/ Stephen P. Collette |
|---|---|
| TIFFANY L. GRAY (SBN 253004) | STEPHEN P. COLLETTE (SBN 186439) |
| Stephen P. Collette & Associates | Stephen P. Collette & Associates |
| 811 Wilshire Blvd., Suite 1200 | 811 Wilshire Blvd., Suite 1200 |
| Los Angeles, CA 90017 | Los Angeles, CA 90017 |
| Telephone: (877) 636-5295 | Telephone: (877) 636-5295 |
| Facsimile: (562) 684-4531 | Facsimile: (562) 684-4531 |

2

**NOTICE OF SUBSTITUTION OF COUNSEL**