1  E. Scott Palmer, Esq., SBN 155376
   Email: spalmer@pldlawyers.com
2  Arti L. Bhimani, Esq., SBN 235240
   Email: abhimani@pldlawyers.com
3  PALMER, LOMBARDI & DONOHUE LLP
   888 West 6th Street, 12th Floor
4  Los Angeles, California 90017
   Phone: (213) 688-0430
5  Fax:   (213) 688-0440

6  Attorneys for Defendant GMAC Mortgage, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLI BURCH, an Individual; | Case No.  CV-09 4214 MEJ |
| Plaintiffs, | Honorable Maria-Elena James |
| vs. | |
| GMAC MORTGAGE, LLC, a Delaware Limited Liability Company; PAUL FINANCIAL, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT GMAC MORTGAGE, LLC'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |
| Defendants. | [FRCP RULE 12(b)(6)] |
| | DATE:  January 7, 2010<br>TIME:  10:00 a.m.<br>PLACE: Courtroom B, 15th Floor |
| | [filed: September 11, 2009] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, in support of GMAC Mortgage, LLC's motion to dismiss Plaintiff Lesli Burch's Complaint, GMAC Mortgage hereby requests that the Court take judicial notice of following documents and facts described below pursuant to RULE 201 of the FEDERAL RULES OF EVIDENCE ("F.R.E."):

**Request #1**

Notice of Right to Cancel, executed by Plaintiff on June 4, 2007. Attached hereto as Exhibit 1 is a true and correct copy of the Notice of Right to Cancel, executed by Plaintiff on June 4, 2007. The Court is requested to take judicial notice of the contents of the Notice of Right to Cancel. The Court can consider documents "whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading" when the plaintiff's complaint necessarily relies on them. *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005) [citations and internal quotations omitted]; *Lee v. City of Los Angeles*, 250 F.3d 668, 688 (9th Cir. 2001). Plaintiff alleged that the Notice of Right to Cancel was not provided to her. Complaint ¶¶9, 16, and 23. Plaintiff, however, acknowledged receipt of the Notice of Right to Cancel. The attached Notice of Right to Cancel came from Plaintiff's loan file. The document is highly relevant to Plaintiff's claim that she did not receive the document. The contents of the Notice of Right to Cancel are facts which are not subject to reasonable dispute because the contents are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. F.R.E. 201(b).

DATED: November 30, 2009

By /s/ Arti L. Bhimani
E. SCOTT PALMER
ARTI L. BHIMANI
PALMER, LOMBARDI & DONOHUE LLP
Attorneys for GMAC Mortgage, LLC

INDEX OF EXHIBITS

Exhibit 1 .................................................................................................................................... 3

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017