UNITED STATES DISTRICT COURT

Northern District of California

LESLI BURCH,

                Plaintiff(s),          No. C 09-04214 MEJ

   v.

GMAC MORTGAGE,          **ORDER VACATING CMC**

                Defendant(s).
_____/

The Court is in receipt of the Joint Case Management Conference Statement filed by Plaintiff Lesli Burch and Defendant GMAC Mortgage. As GMAC has a pending motion to dismiss, and no proof of service has been filed as to Defendant Paul Financial LLC, the Court finds a case management conference unnecessary at this time and hereby VACATES the December 17, 2009 Case Management Conference. Upon resolution of GMAC's motion and the status of Paul Financial in this case, the Court shall schedule a c.m.c., if necessary.

**IT IS SO ORDERED.**

Dated: December 11, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge