# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| LESLI BURCH<br>　　　　　　Plaintiff(s),<br>　　v.<br>GMAC MORTGAGE<br>　　　　　　Defendant(s).<br>_____/ | No. C 09-04214 MEJ<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On December 17, 2009, Plaintiff electronically filed opposition documents. (Dkt. ##16-17.) However, Plaintiff has failed to comply with General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy, **with exhibits and appropriate tab dividers if necessary**, of the above-referenced documents.

**IT IS SO ORDERED.**

Dated: December 28, 2009

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge