UNITED STATES DISTRICT COURT

Northern District of California

LESLI BURCH,

                Plaintiff(s),          No. C 09-04214 MEJ

  v.

GMAC MORTGAGE,                  **ORDER CONTINUING HEARING RE: MOTION TO DISMISS (DKT #7)**

                Defendant(s).
_____/

Pending before the Court are Defendant GMAC Mortgage LLC's Motion to Dismiss (Dkt. #7), with a noticed hearing date of January 7, 2010, and Defendant Paul Financial LLC's Motion to Dismiss (Dkt. #18), with a noticed hearing date of February 11, 2010. So that both matters may be heard at the same time, the Court hereby CONTINUES the hearing on GMAC's motion to February 11, 2010. As GMAC did not file a reply brief pursuant to Civil Local Rule 7, it may not file any reply without establishing good cause.

**IT IS SO ORDERED.**

Dated: December 28, 2009

                                                            _____
                                                             Maria-Elena James
                                                              Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**