1

2

3

4    UNITED STATES  DISTRICT COURT

5    Northern District of California

6

7    LESLI BURCH,

8                     Plaintiff(s),                    No. C 09-04214 MEJ

         v.
9                                                      **ORDER CONTINUING HEARING
     GMAC MORTGAGE,                                    RE: MOTION TO DISMISS (DKT #7)**
10
                     Defendant(s).
11   _____/

12

13          Pending before the Court are Defendant GMAC Mortgage LLC's Motion to Dismiss (Dkt.

14   #7), with a noticed hearing date of January 7, 2010, and Defendant Paul Financial LLC's Motion to

15   Dismiss (Dkt. #18), with a noticed hearing date of February 11, 2010.  So that both matters may be

16   heard at the same time, the Court hereby CONTINUES the hearing on GMAC's motion to February

17   11, 2010.  As GMAC did not file a reply brief pursuant to Civil Local Rule 7, it may not file any

18   reply without establishing good cause.

19          **IT IS SO ORDERED.**

20

21   Dated: December 28, 2009

22                                                     _____
                                                       Maria-Elena James
23                                                     Chief United States Magistrate Judge

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**