**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLI BURCH,<br><br>  Plaintiff,<br><br>  v.<br><br>GMAC MORTGAGE, LLC., et al.,<br><br>  Defendants | No. C-09-4214 MMC<br><br>**ORDER CONTINUING HEARING ON DEFENDANT PAUL FINANCIAL, LLC'S MOTION TO DISMISS OR TO STRIKE; CONTINUING CASE MANAGEMENT CONFERENCE** |

   On January 12, 2010, defendant Paul Financial, LLC ("Paul Financial") filed a "Motion to Dismiss Complaint or, Alternatively, Motion to Strike Portions of Complaint," and noticed said motion for hearing on February 19, 2010.  On January 29, 2010, plaintiff Lesli Burch filed opposition to Paul Financial's motion.  In the interim, on January 22, 2010, defendant GMAC Mortgage, LLC ("GMAC Mortgage") filed a "Motion to Dismiss Plaintiffs' Complaint," and noticed its motion for hearing on March 19, 2010.

   The two motions present several issues in common.  Accordingly, in the interests of judicial economy, the Court hereby CONTINUES the hearing on Paul Financial's motion from February 19, 2010 to March 19, 2010.

//

//

Further, in light of the pendency of the above-referenced motions to dismiss, the Case Management Conference is hereby CONTINUED from March 19, 2010 to May 7, 2010. A Joint Case Management Statement shall be filed no later than April 30, 2010.

**IT IS SO ORDERED.**

Dated:  February 4, 2010

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge