IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LESLI BURCH,

        Plaintiff,

  v.

GMAC MORTGAGE, LLC., and PAUL FINANCIAL, LLC,

        Defendants.

                                       /

No. CV-09-4214 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

    1. Defendants' motions for summary judgment on the remaining claim in the First Cause of Action are hereby GRANTED.

    2. The Second Cause of Action is hereby DISMISSED without prejudice to plaintiff's refiling the Second Cause of Action in state court.

Dated: April 20, 2010

                                                          Richard W. Wieking, Clerk

                                                          *Tracy Lucero*

                                                          By: <u>Tracy Lucero</u>
                                                          <u>Deputy Clerk</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LESLI BURCH,

        Plaintiff,

  v.

GMAC MORTGAGE, LLC., and PAUL FINANCIAL, LLC,

        Defendants.

No. CV-09-4214 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    1. Defendants' motions for summary judgment on the remaining claim in the First Cause of Action are hereby GRANTED.

    2. The Second Cause of Action is hereby DISMISSED without prejudice to plaintiff's refiling the Second Cause of Action in state court.

Dated: April 20, 2010

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk